AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
DEC - 9 2018
David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Rober Adalid Matute-Flores
AKA: Roberth Matute-Flores

IAE   YOB: 1988
Honduras
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-18-2511-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 8, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Rober Adalid Matute-Flores was encountered by Border Patrol Agents near Mission, Texas on December 08, 2018. The investigating Agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 08, 2018 near Hidalgo, Texas. Record checks revealed the Defendant was formally deported/excluded from the United States on September 17, 2018 through Miami, Florida. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 19, 2017, the defendant was convicted of 8 USC 1326 Illegal Re-Entry After Removal and was sentenced to ten (10) months confinement and twelve (12) months supervised release term.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 9, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Sworn to before me

12/09/2018              3:46 p.m.

/S/ Miguel A. Valle
Signature of Complainant
Miguel A. Valle                 SPA

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Peter E Ormsby*
Signature of Judicial Officer